# IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 274P16 | Michael P. Long and Marie C. Long v. Currituck County, North Carolina and Elizabeth Letendre | 1. Respondent's (Elizabeth Letendre) Motion for Temporary Stay (COA15-376) | 1. Allowed **07/28/2016** Dissolved **09/22/2016** |
| | | 2. Respondent's (Elizabeth Letendre) Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Respondent's (Elizabeth Letendre) PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| | | 4. Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as moot |
| 276P16 | In the Matter of the Estate of Richard Dixon Peacock Date of Death: 12/19/2013 | Respondent's PDR Under N.C.G.S. § 7A-31 (COA15-1238) | Denied |
| 278P16 | State v. Michael Lawrence Klingler | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |
| 281P16 | State v. Dequonta McKinnon | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court, Wayne County | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as moot |
| 283P16 | In re Alexander White | Def's *Pro Se* Petition for *Writ of Mandamus* | Denied |
| 285P97-2 | State v. Darryl Anthony Howard | 1. State's Motion for Temporary Stay | 1. Allowed **07/16/2014** Dissolved *ex mero motu nunc pro tunc* **08/31/2016** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Dismissed as moot **08/31/2016** |
| 286P16 | State v. Justin Kyle Mills | Def's PDR Under N.C.G.S. § 7A-31 (COA16-64) | Denied |